[See Case No. 11,786.]

## Case No. 11,788.

### RICHARDSON v. McFARLAND.

[The case reported under above title in 3 Am. Law Rec. 187, is the same as Case No. 8,788.]